# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0207. JAVARIS ANTONIO BYRD v. VIRLINDA HOLMES.

Javaris Antonio Byrd filed a petition for legitimation and child custody. On September 6, 2024, after Byrd failed to appear for a scheduled hearing, the trial court dismissed his petition for failure to prosecute under OCGA § 9-11-41 (b). Byrd filed a direct appeal from that order, which this Court dismissed because Byrd had failed to comply with the discretionary review procedures. See Case No. A25A0829 (Dec. 23, 2024). On January 9, 2025, Byrd filed this application for discretionary appeal, seeking review of the same trial court order. Once again, we lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Byrd's application was filed 125 days after entry of the order he seeks

to appeal and is untimely.

Accordingly, we lack jurisdiction to consider this application for discretionary appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,    01/30/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*